Name and address:
Kathleen A. Zugsay
California State Bar No. 325196
Email: kzugsay@mamlaw.com
MALONE FROST MARTIN PLLC
8750 N. Central Expressway, Suite 1850, Dallas, TX 75231

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA R. VALLEJO<br><br>Plaintiff(s),<br><br>v.<br><br>CLIENT SERVICES, INC.<br><br>Defendant(s), | CASE NUMBER<br><br>2:19-cv-03000<br><br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. ELECTRONIC SIGNATURES ARE NOT ACCEPTED. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. Out-of-state federal government attorneys are not required to pay the $400 fee. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Eugene Xerxes Martin, IV
*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Malone Frost Martin PLLC
*Firm/Agency Name*

8750 N. Central Expressway, Suite 1850          214-346-2630                    214-346-2622
                                                                 *Telephone Number*              *Fax Number*
*Street Address*

Dallas, TX 75231                                                 xmartin@mamlaw.com
*City, State, Zip Code*                                          *E-mail Address*

I have been retained to represent the following parties:

| | |
|---|---|
| Client Services, Inc. | ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____ |
|  | ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Please see attached | | |
| | | |
| | | |


List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| None | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

```
N/A
```

Has the applicant previously registered as a CM/ECF user in the Central District of California?   [X] Yes   [ ] No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   [X] Yes   [ ] No

xmartin@mamlaw.com
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 9/25/2019

Eugene Xerxes Martin, IV
*Applicant's Name (please type or print)*

*Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Kathleen A. Zugsay
*Designee's Name (Last Name, First Name & Middle Initial)*

Malone Frost Martin PLLC
*Firm/Agency Name*

8750 N. Central Expressway, Suite 1850
*Street Address*

Dallas, TX 75231
*City, State, Zip Code*

214-346-2630
*Telephone Number*

214-346-2631
*Fax Number*

kzugsay@mamlaw.com
*E-mail Address*

325196
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated 9/25/2019

Kathleen A. Zugsay
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

N/A.

*Patricia R. Vallejo v. Client Services, Inc.*, No. 2:19-cv-03000 (C.D. Cal.)

COURTS TO WHICH APPLICANT IS ADMITTED

State of Texas, 11/4/2011, Active;
Fifth Circuit Court of Appeals, 9/23/2015, Active;
Seventh Circuit Court of Appeals, 3/28/2019, Active;
US District Court Northern District of Texas, 1/18/2012, Active;
US District Court Eastern District of Texas, 2/3/2012, Active;
US District Court Western District of Texas, 8/20/2012, Active;
US District Court Southern District of Texas, 4/13/2012, Active;
US District Court of Colorado, 1/27/2014, Active;
US District Court Eastern District of Michigan, 10/4/2017, Active;
US District Court Western District of Michigan, 12/28/2017, Active;
US District Court Northern District of Illinois, 2/16/2018, Active;
US District Court Eastern District of Wisconsin, 6/13/2018, Active;
US District Court Eastern District of Arkansas, 6/10/2019, Active;
US District Court Western District of Arkansas, 6/10/19, Active

PRIOR RECORD OF DISCIPLINE

None

APPLICANT INFORMATION

Name of Applicant: Eugene Xerxes Martin, IV
Firm Address: Malone Frost Martin PLLC
8750 N. Central Expressway, Suite 1850
Dallas, TX 75231-6454
Office Phone: (214)346-2630
Direct Phone: (214)346-2628
Fax Phone: (214)346-2631
Email Address: xmartin@mamlaw.com

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 25, 2019

Re: Mr. Eugene Xerxes Martin IV, State Bar Number 24078928

To Whom It May Concern:

This is to certify that Mr. Eugene Xerxes Martin IV was licensed to practice law in Texas on November 04, 2011, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# CERTIFICATE OF SERVICE

I am a resident of the State of Texas, over the age of eighteen years, and not a party to the within action. My business address is Malone Frost Martin PLLC, NorthPark Central, Suite 1850, 8750 North Central Expressway Dallas, Texas 75231. On October 8, 2019, I served the following document(s) by the method indicated below:

**Application of Non-Resident Attorney, Xerxes Martin, to Appear in a Specific Case Pro Hac Vice on behalf of Defendant Client Services, Inc.**

|   |   | By Certified Mail, Return Receipt Requested |
|---|---|---|
| X |   | By using the CM/ECF System |
|   |   | By Email |

| **Eric D Coleman** | **Nicholas M Wajda** |
|---|---|
| Sulaiman Law Group Ltd | Wajda Law Group APC |
| 2500 South Highland Avenue Suite 200 | 11400 West Olympic Boulevard Ste 200M |
| Lombard, IL 60148 | Los Angeles, CA 90064 |
| 630-575-8181 | 310-997-0471 |
| Fax: 630-575-8188 | Fax: 866-286-8433 |
| Email: ecoleman@sulaimanlaw.com | Email: nick@wajdalawgroup.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on October 8, 2019, at Dallas County, Texas.

/s/ Tara Stevenson
Tara Stevenson